UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.  8:14-cr-133-T-23EAJ

TOBORUS DONTAY CUNNINGHAM
_____/

## ORDER

The defendant's motion to suppress (Doc. 28) was referred to Magistrate Judge Jenkins for preparation of a report and recommendation.  The United States opposes (Doc. 38) the motion to suppress.  On June 18, 2014, Magistrate Judge Jenkins conducted an evidentiary hearing on the motion, and on June 20, 2014, she issued her report (Doc. 46) recommending denial of the motion.  Cunningham objected (Doc. 50) to the report, the United States responded (Doc. 58), and Cunningham replied (Doc. 73).

I have considered the motion; the response to the motion; the report and recommendation; the objection, response, and reply to the report and recommendation; and all exhibits.  The objections (Doc. 50) are **OVERRULED**, the report and recommendation (Doc. 46) is **ADOPTED**, and the motion to suppress (Doc. 28) is **DENIED**.

ORDERED in Tampa, Florida, on August 6, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE