UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                            Case No. 8:14-CR-133-T-23EAJ

TOBORUS DONTAY CUNNINGHAM
_____/

### DEFENDANT'S WITNESS LIST

**COMES NOW**, the Defendant, TOBORUS DONTAY CUNNINGHAM, by and through the undersigned attorney, and provides the United States with this witness list:

1. Any and all previously listed Government witnesses;

2. Willie Charles Lee.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Sheryl L. Loesch, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 8th day of September, 2014.

                                                  _____*/s/ William F. Sansone*_____
                                                  WILLIAM F. SANSONE, ESQ.
                                                  Brown & Doherty, P.A.
                                                  450 Carillon Parkway, #120
                                                  St. Petersburg, FL 33716
                                                  (727) 299-0099, Fax (727) 299-0044
                                                  FBN 0781231
                                                  sansonew@gmail.com